IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DUANE HAYES,

    Plaintiff,

v.                                    Case No. 5:21-cv-229-MW/MJF

BIG COOKS SIDING AND TRIM LLC,

    Defendant.

_____/

## JUDGMENT

This case is dismissed with prejudice under Federal Rule of Civil Procedure 41(a).

                                        JESSICA J. LYUBLANOVITS,
                                        CLERK OF COURT

September 1, 2023            s/ Jeremy Wright
DATE                         Deputy Clerk